| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| I. Person Reporting (last name, first, middle initial)<br><br>Scott, Jeanne E | 2. Court or Organization<br><br>US Dist. Ct., Cent. Dist.of Il | 3. Date of Report<br><br>04/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Dist. Judge, active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>600 E. Monroe<br>Springfield, Illinois 62701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR 27 A 9: 45 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Ill. Judges' Retirement System -- vested right to future pension benefit |
| 2. 1978 | Ill. Municipal Retirement Fund-- right to future pension benefit in accordance with Ill.Retirement Systems Reciprocal Act |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa common stock | A | Dividend | K | T | | | | | |
| 2. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 3. Tyco Intl. common stock | A | Dividend | J | T | | | | | |
| 4. Bristol Myers Sq. common stock | A | Dividend | J | T | | | | | . |
| 5. Intel common stock | A | Dividend | J | T | | | | | |
| 6. Pepsico common stock | A | Dividend | J | T | | | | | |
| 7. Schlumberger common stock | A | Dividend | K | T | | | | | |
| 8. SW Airlines common stock | A | Dividend | J | T | | | | | |
| 9. Varian Inc. common stock | | None | J | T | | | | | |
| 10. Farm rental prop Sangamon Co.,Ill., appraisal 2-12-90 | B | Rent | K | Q | | | | | |
| 11. Varian Medical Sys. Inc. common stock | | None | K | T | | | | | |
| 12. JP Morgan Chase Bank, formerly Bank One --acct. | C | Interest | L | T | | | | | |
| 13. Natl. Cty. Bank acct. | C | Interest | L | T | | | | | |
| 14. Bank of Spfld. acct. | B | Interest | L | T | | | | | |
| 15. Vanguard Index Trust 500 Fd. | A | Dividend | K | T | | | | | |
| 16. Pioneer Tax-free Inc. Fd., Cl. A | A | Dividend | J | T | | | | | |
| 17. ML CMA Tax-Exempt Money Fd. | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ML Cnsmr STPL SPDR MITTS, 4-19-06 | A | Interest | | | Sold | 4-19 | J | | |
| 19. Merrill Lynch-IRA | D | Dividend | L | T | | | | | |
| 20. -Alger Midcap Growth, Cl. C | | | | | | | | | |
| 21. -Columbia International Val Fd, Cl C | | | | | | | | | |
| 22. -ML Bank USA RASP | | | | | | | | | |
| 23. Phil Pa Wtr-Swr Rev 7% Bd. 14th Ser Jun89 0% Oct 01 08 | B | Interest | K | T | | | | | |
| 24. Alaska Enrgy At Pwr Rv Cap App 7.1%CI Bd Oct89 0% Jul 01 06 | B | Interest | | | redemption | 7-3 | K | A | |
| 25. Thornton Col. 6.75%CI RFDG Bond Mar91 0% Dec 01 07 | C | Interest | K | T | | | | | |
| 26. Conn. St. College Sav Bd Ser A 6.65%CI May92 0% May 15 10 | B | Interest | K | T | | | | | |
| 27. Oak Lawn II Wtr-Swr Rev 6.8%CI Ser A RFDG Jun92 0% Oct 01 09 | B | Interest | K | T | | | | | |
| 28. Broward Cnty Fla Sch Dist RFDG Bd 6.55%CI Jun92 0% Feb15 08 | C | Interest | K | T | | | | | |
| 29. Chartiers Valley Pa Sch Dist 6.35%CI Bd Jan93 0% Feb 01 07 | B | Interest | K | T | | | | | |
| 30. Judson Tex ISD Sch Bldg 5.85% CI RFDG Bd Mar94 0% Feb01 07 | B | Interest | K | T | | | | | |
| 31. Montour Pa Sch DT New Sch Ser B 5.75%CIBd Aug93 0% Jan01 11 | B | Interest | K | T | | | | | |
| 32. Hillsbor. Cnty Fl Utl Ref Rev. 7.25%CI A Bd Sep91 0% Aug1 06 | B | Interest | | | redemption | 8-1 | K | A | |
| 33. Crowley Tex Indpt Sch Dt Bldg Rfdg7.15%CI Bd Aug91 0%Aug1 16 | B | Interest | K | T | | | | | |
| 34. Wash. Co Pa at LSE Rev Cap 6.85%CI Bd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Apr 92 0% Jun01 20 | | | | | | | | | |
| 35. Marine Bank acct. | C | Interest | L | T | | | | | |
| 36. Carrollton Bank acct | A | Interest | K | T | | | | | |
| 37. ChevronTexaco Corp. common stock | A | Dividend | K | T | | | | | |
| 38. Zimmer Holdings Ins. common stock | | None | K | T | | | | | . |
| 39. Georgia Mun. Elec. Ath. Pwr. Rev.B 7.9%Aug.88 0% Jan01 13 | B | Interest | K | T | | | | | |
| 40. Aim Basic Value Fd., Cl.C | C | Distribution | L | T | | | | | |
| 41. Mass. Investors Growth Stck Fd. Cl.C | | None | K | T | | | | | |
| 42. Escondido CA Jt Pwrs Fin Auth Rev 6.4% Bd Jan92 0% Sep01 12 | B | Interest | K | T | | | | | |
| 43. E-470 Pub Hwy at Col Rv 5.43% CI SerB Bd Aug 97 0% Sep01 16 | C | Interest | L | T | | | | | |
| 44. Midway Tex Indpt Sch Dis 6.2% CI Rf Bd Mar00 0% Aug15 15 | B | Interest | K | T | | | | | |
| 45. Ill. Nat. Bank acct. | B | Interest | K | T | | | | | |
| 46. American General Life Ins. Co. whole life insurance policy | A | Interest | K | T | | | | | |
| 47. Duke Energy Corp., formerly Cinergy Corp., common stock | A | Dividend | J | T | | | | | |
| 48. Hawaii St. 7.5% CI SerBL Bd Dec88 0% Dec 01 06 | C | Interest | | | redemption | 12-1 | K | A | |
| 49. Harris Cnty Tex 5.9% CI RFDG Bd Nov96 0% Oct 01 13 | C | Interest | L | T | | | | | |
| 50. Clovis Ca Uni Sch Dist SerB 4.62% CI Bd | C | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000    T =Cash Market
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Oct02 0% Aug01 17 | | | | | | | | | |
| 51. Alltel Corp.,common stock | A | Dividend | J | T | | | | | |
| 52. Harley Davidson Inc., common stock | A | Dividend | J | T | | | | | |
| 53. Town and Country Bank acct. | B | Interest | L | T | | | | | |
| 54. Palm Bch Co Fl solid wst Rev A 5% Rfdg Bd Sep 98 0% Oct01 12 | C | Interest | L | T | | | | | |
| 55. Prairie State Bank acct. | B | Interest | K | T | | | | | |
| 56. Manteca Ca Uni Sch Dist 4.35% CI Bond | B | Interest | L | T | | | | | |
| 57. Ameriprise Finl Inc., common stock | A | Dividend | J | T | | | | | |
| 58. Medina Oh Cty Sch Dist 3.8%CI Bond | B | Interest | K | T | | | | | |
| 59. Munder Small Cap Value Fund Cl C | B | Distribution | K | T | | | | | |
| 60. Windstream Corp., common stock, See Part VIII | A | Dividend | J | T | | | | | |
| 61. Williamsville State Band & Trust, acct. | A | Interest | L | T | Opened | 8-19 | L | | |
| 62. Kaufman Tex Indpt Sch Dist 5.19% CI RF Bond Jan 02 | B | Interest | L | T | purchase | 8-1 | L | | |
| 63. Yorba Linda Ca RDA Tax Rev 5.8% CI Bond | B | Interest | L | T | purchase | 7-13 | L | | |
| 64. Austin Tex Cmnty College Dist. 4.28% CI Bond | | None | K | T | purchase | 12-6 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The interest shown on lines 18, 23-34, 39, 42-44, 48-50, 54, 56, 58, and 62-64 of Part VII is original issue discount.

Part VII, Line 47: On April 13, 2206, Cinergy Corporation merged with Duke Energy Corp.

Part VII, Line 60: On July 21,2006, Alltel Corporation spun off Windstream Corp.

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E | 04/16/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu████████████████ Date _April 16, 2007_

NOTE: ███████ ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C███

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544